# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128730
& (14)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERRENCE WESLEY JONES,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128730
COA: 261522
Wayne CC: 03-011706-01

On order of the Court, the application for leave to appeal the May 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to add issue is DENIED.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk